```
                            United States Bankruptcy Court
                            Western District of Washington
In re:                                                              Case No. 14-14460-KAO
Fatu Barrie                                                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0981-2         User: admin                Page 1 of 2              Date Rcvd: Sep 17, 2014
                             Form ID: b18               Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2014.
```
db           +Fatu Barrie,    1501 150th Place SW,    Lynnwood, WA 98087-8711
sr           +John Frawley,    5800 236th St. SW,    Mountlake Terrace, WA 98043-5120
955090912    +ACS EDUCATION SERVICES,    501 BLEECKER STREET,    UTICA, NY 13501-2401
955090914    +ALLIANCEONE RECEIVABLES MANAGE,    6565 KIMBALL DRIVE SUITE 200,    GIG HARBOR, WA 98335-1206
955090916     AUTO PLACE,    15500 WASHINGTON 99,    LYNNWOOD, WA 98087
955090918     COMCAST,    P.O. BOX 34227,    SEATTLE, WA 98124-1227
955090919    +CONSERVE,    200 CROSSKEYS OFFICE PARK,    FAIRPORT, NY 14450-3510
955090920     CREIGHTON LOAN & MUSIC,    16404 WASHINGTON 99,    LYNNWOOD, WA 98037
955090922    +ENHANCED RECOVERY COMPANY,    P.O BOX 57547,    JACKSONVILLE, FL 32241-7547
955090924    +JOHN FRAWLEY, P.S.,    5800 236TH STREET SW,    MOUNTLAKE TERRACE, WA 98043-5120
955090925     LABCORP,    P.O. BOX 2240,    BURLINGTON, NC 27216-2240
955090928     MONEY TREE, INC.,    17605 WASHINGTON 99,    LYNNWOOD, WA 98037
955090929    +MRS BPO, LLC,    1930 OLNEY AVENUE,    CHERRY HILL, NJ 08003-2016
955090930    +MRU HOLDINGS, INC.,    590 MADISON AVENUE 13TH FLOOR,    NEW YORK, NY 10022-2524
955090931     PACIFIC MEDICAL CENTERS,    P.O. BOX 24386,    SEATTLE, WA 98124-0386
955090932    +PHYSICIAN & DENTISTS CRED BURE,    12720 GATEWAY DRIVE S SUITE 206,    SEATTLE, WA 98168-3333
955090933    +PMT SOLUTIONS,    2330 130TH AVENUE NE, SUITE 101,    BELLEVUE, WA 98005-1756
955090938    +TRIDENT ASSET MANAGEMENT,    P.O. BOX 888424,    ATLANTA, GA 30356-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QMPKLEIN.COM Sep 18 2014 00:18:00      Michael P. Klein,    755 Winslow Way E #201,
               Bainbridge Island, WA 98110-2483
smg           EDI: WADEPREV.COM Sep 18 2014 00:18:00      State of Washington,    Department of Revenue,
               2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
sr            EDI: RECOVERYCORP.COM Sep 18 2014 00:18:00      Orion,   Recovery Management Systems Corporation,
               c/o Ramesh Singh,    25 SE 2nd Ave #1120,    Miami, FL 33131-1605
955090913     EDI: AFNIRECOVERY.COM Sep 18 2014 00:18:00      AFNI,   1310 MARTIN LUTHER KING DRIVE,
               P.O. BOX 3517,    BLOOMINGTON, IL 61702-3517
955090915     E-mail/Text: girddb@aessuccess.org Sep 18 2014 00:18:46      AMERICAN EDUCATION SERVICES,
               1200 NORTH SEVENTH STREET,    HARRISBURG, PA 17102-1444
955090917    +E-mail/Text: cashamerica@nuvox.net Sep 18 2014 00:18:48      CASH PAWN AMERICA,
               17010 AURORA AVENUE NORTH,    SEATTLE, WA 98133-5315
955090921    +E-mail/Text: bankruptcynotices@dcicollect.com Sep 18 2014 00:19:27
               DIVERSIFIED CONSULTANTS INC.,    10550 DEERWOOD PARK BLVD.,    JACKSONVILLE, FL 32256-2805
955090923    +E-mail/Text: p.richert@everprof.com Sep 18 2014 00:18:53      EVERGREEN PROFESSIONAL RECOVER,
               12100 NE 195TH STREET #325,    BOTHELL, WA 98011-5768
955090926    +EDI: TSYS2.COM Sep 18 2014 00:18:00      MACY'S,    P.O. BOX 17759,    CLEARWATER, FL 33762-0759
955090927     EDI: MID8.COM Sep 18 2014 00:18:00      MIDLAND FUNDING LLC,    8875 AERO DRIVE SUITE 200,
               SAN DIEGO, CA 92123-2255
955090934    +E-mail/Text: bknotices@professionalcredit.com Sep 18 2014 00:19:15
               PROFESSIONAL CREDIT SERVICES,    400 INTERNATIONAL WAY,    SPRINGFIELD, OR 97477-7002
955090935    +EDI: RESURGENT.COM Sep 18 2014 00:18:00      RESURGENT CAPITAL SERVICES,    P.O. BOX 10584,
               GREENVILLE, SC 29603-0584
955152226     EDI: RECOVERYCORP.COM Sep 18 2014 00:18:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
955090936     EDI: NAVIENTFKASMSERV.COM Sep 18 2014 00:18:00      SALLIE MAE,    P.O. BOX 9635,
               WILKES BARRE, PA 18773-9635
955090937    +EDI: CAPIO.COM Sep 18 2014 00:18:00      THE LAW OFFICES OF MITCH,
               2222 TEXOMA PARKWAY, SUITE 160,    SHERMAN, TX 75090-2482
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2014                                       Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2014 at the address(es) listed below:

      John Frawley    on behalf of Special Request John Frawley johnjfrawley@aol.com, frawleylaw@aol.com
      Michael P. Klein    trusteeklein@hotmail.com, kleinlaw133@hotmail.com,mklein@ecf.epiqsystems.com
      United States Trustee    USTPRegion18.SE.ECF@usdoj.gov

      TOTAL: 3

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No. **14−14460−KAO**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fatu Barrie
   1501 150th Place SW
   Lynnwood, WA 98087

Social Security/Individual Taxpayer ID No.:
   xxx−xx−8619

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **June 9, 2014.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

                                                     BY THE COURT

Dated: September 17, 2014                         Karen A. Overstreet
                                                     United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**